FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 AUG 18 PM 2:30
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRONSWELLUS D. KENT,            )
                                )
     Plaintiff,                 )
                                )
v.                              )    CASE NO. CV409-013
                                )
ST. JOSEPH'S/CANDLER            )
HOSPITAL,                       )
                                )
     Defendant.                 )
                                )

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 31), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, Defendant's Motion for Summary Judgment (Doc. 21) is **GRANTED**. As a result, this case is **DISMISSED WITH PREJUDICE**. The **Clerk of Court** is **DIRECTED to close this case.**

SO ORDERED this 18th day of August 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA